IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:10CR3037 |
| v. | ) ) | |
| JOSE JAVIER HERNANDEZ-CERRATO, | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

The defendant has moved for new counsel. Filing No. 35. His attorney, Matt Munderloh, explains that his professional relationship with the defendant has deteriorated to such an extent that he can no longer represent the defendant's interests. The above-named defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

(1) The motion to appoint new counsel, (filing no. 35), is granted. The clerk shall delete Mr. Munderloh from any future ECF notifications herein.

(2) The clerk shall forward this memorandum and order to the Federal Public Defender.

(3) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

(4) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

October 12, 2011                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge